PROB 12C  
(7/93)

Report Date: January 3, 2012

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy J Daugherty            Case Number: 2:07CR00081-001

Address of Offender: Spokane County Jail: 1100 W. Mallon, Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/17/2007

Original Offense:    Uttering Fictitious Securities of Private Entities, 18 U.S.C. § 514(a)(2)

Original Sentence:   Prison - 40 Months;            Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Stephanie J. Lister            Date Supervision Commenced: 11/18/2010

Defense Attorney:    John Barto McEntire, IV        Date Supervision Expires: 5/17/2013

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/02/2011.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 20, 2011, a warrant was issued for Mr. Daugherty's arrest, due to the allegations made that the offender had violated his conditions of supervision, including failing to report his change of address. Mr. Daugherty's whereabouts where unknown to U.S. Probation from January 10, through April 14, 2011. Timothy Daugherty was arrested by the Lynnwood Police Department for Forgery, per RCW: 9A.60.020(3), on April 14, 2011. Subsequently, on April 15, 2011, Mr. Daugherty was arrested by the Monroe Police Department for Identity Theft, per RCW: 9.35.020<br><br>On September 30, 2011, Mr. Daugherty was sentenced in Snohomish County Superior Court, in relation to case # 11-1-00306-4, to 29 months imprisonment, to be served concurrently, for forgery and unlawful possession of instruments of financial fraud. |

Prob12C  
**Re: Daugherty, Timothy J**  
**January 3, 2012**  
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/03/2012

s/M.D. Elvin

M.D. Elvin  
Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ x ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer  
January 3, 2012

Date

Case 2:07-cr-00081-FVS    Document 689    Filed 01/03/12